## 1264. JACKSON *v.* THE STATE.

HILL, C. J. Where there is no error of law assigned and the verdict is supported by the evidence, the judgment of the court below, refusing a new trial, will be affirmed.  *Judgment affirmed.*

Accusation of trespass, from city court of Fitzgerald—Judge Jay. June 9, 1908.

Submitted October 5,—Decided October 12, 1908.

*E. Wall, E. S. Fuller,* for plaintiff in error.

*O. H. Elkins, solicitor,* contra.